Leonhard Pommert, administrator of the estate of Leonard Pommert, deceased, appellee, v. Diamond Cab Company and Jack Smith, appellants. Gen. No. 29,255.

Action for death by wrongful act. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Lee W. Carrier, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Affirmed. Opinion filed October 7, 1924.

A. H. Brown and Charles E. Green, for appellants. Edward P. Saltiel, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

Charlotte Clara Maison Hinz, appellant, v. Cyril Charles Maison, appellee. Gen. No. 29,283.

Action to recover alimony awarded by foreign judgment. Judgment for defendant. Appeal from the Circuit Court of Cook county; the Hon. Philip L. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Reversed and remanded. Opinion filed October 7, 1924. Rehearing denied October 17, 1924.

Maxwell N. Andalman and Jacob Allan Cohen, for appellant; Maxwell N. Andalman, of counsel. Thomas M. Whitson, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

Marmon Chicago Company, appellant, v. A. J. Gavolis, appellee. Gen. No. 29,302.

Trover. Order vacating judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Peter H. Schwaba, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Appeal dismissed. Opinion filed October 7, 1924.

Edward I. Rothbart and Fischel & Kahn, for appellant. Clarence W. Shaeffer, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

The People of the State of Illinois ex rel. Felix J. Streyckmans et al., appellees, v. Village of Winnetka et al., appellants. Gen. No. 29,384.

Mandamus to compel village trustees to approve plat. Writ granted. Appeal from the Circuit Court of Cook county; the Hon. Philip L. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Affirmed. Opinion filed October 7, 1924.

Montgomery, Hart & Smith, for appellants; John R. Montgomery, of counsel. Felix J. Streyckmans and D. Francis Bustin, for appellees.

Mr. Justice Barnes delivered the opinion of the court.

---

Alanson C. Noble, appellant, v. Quin O'Brien, appellee. Gen. No. 29,130.

Bill for accounting. Decree for defendant. Appeal from the Circuit Court of Cook county; the Hon. Francis S. Wilson, Judge, presiding. Heard in the second division of this court for the first

district at the March term, 1924. Affirmed. Opinion filed October 7, 1924.

Alanson C. Noble, *pro se,* for appellant. Quin O'Brien, *pro se,* for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

**Robert L. Leffingwell, and F. E. Leffingwell, copartners, appellees, v. Orlando Noble et al., appellants. Gen. No. 29,186.**

Assumpsit to recover commissions as real estate broker. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Affirmed. Opinion filed October 7, 1924. Rehearing denied October 17, 1924.

Delbert A. Clithero, for appellants. Landon & Holt, for appellees.

Mr. Justice Gridley delivered the opinion of the court.

---

**Lee R. McCullough, appellee, v. Wilcor-Wyman-O'Rourke Company, appellant. Gen. No. 29,200.**

Action upon contract of employment. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Asa G. Adams, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Reversed and remanded. Opinion filed October 7, 1924. Rehearing denied October 20, 1924.

Victor I. Ohrenstein, for appellant. Cavender & Milchrist, for appellee; Herbert P. Fuhrmann, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

---

**Julius Auerbach, appellant, v. Nannie J. Auerbach, appellee. Gen. No. 29,206.**

Bill for divorce. Order for temporary alimony and solicitor's fees. Appeal from the Superior Court of Cook county; the Hon. Joseph Sabath, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Affirmed. Opinion filed October 7, 1924.

Louis L. Cohen, for appellant. Gottlieb, Schwartz & Markheim, for appellee; Ulysses S. Schwartz and Franklin R. Overmyer, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

---

**Sophia A. Hansen, executrix of the estate of Carl Hansen, deceased, appellee, v. The Auto Exchange, Inc., appellant. Gen. No. 29,213.**

Action upon contract. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. J. R. Prichard, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Affirmed. Opinion filed October 7, 1924.

Maxwell Landis, for appellant. Zillman & Krinker, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

**Hedstrom-Schenck Coal Company, appellee, v. Wickhan & Burton Coal Company, appellant. Gen. No. 29,222.**